**COHEN TAUBER SPIEVACK & WAGNER P.C.**
*Attorneys for Moriah Capital, L.P.*
420 Lexington Avenue, Suite 2400
New York, New York 10170
Voice: (212) 586-5800
Fax:   (212) 586-5095
   Joseph M. Vann (JV-7601)
   Ira R. Abel (IA-1869)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
**AT BROOKLYN**

---------------------------------------------

| | |
|---|---|
| In re: | Chapter 11 |
| AGRIPROCESSORS, INC., | Case No.: 08-47472 (CEC) |
| Debtor. | |

---------------------------------------------

**OPPOSITION OF MORIAH CAPITAL, L.P. TO MOTION OF FIRST BANK BUSINESS CAPITAL TO TRANSFER THE VENUE OF THIS CASE TO THE NORTHERN DISTRICT OF IOWA, DUBUQUE DIVISION**

**TO THE HONORABLE CECELIA E. CRAIG,**
**UNITED STATES BANKRUPTCY JUDGE:**

Moriah Capital, L.P. ("Moriah"), by its counsel, Cohen Tauber Spievack & Wagner P.C., respectfully files this opposition to the motion, dated November 5, 2008, of First Bank Business Capital, Inc. to transfer the venue of the above-captioned chapter 11 case (the "Case") to the Northern District of Iowa, Dubuque Division (collectively with the pleadings filed by other interested parties who have joined or otherwise supported the requested relief, the "Motion,"), and respectfully states as follows:

### OPPOSITION TO VENUE MOTION

1.  Moriah is, upon information and belief, one of the largest, if not the largest, of the unsecured creditors of Agriprocessors, Inc. (the "Debtor"). Moriah is a New York-based lender with all of its offices in New York and its headquarters in New York.

Moriah's holds a claim against the Debtor in the amount of at least $1.5 million plus interest and other charges based upon a Guaranty executed by the Debtor in favor of Moriah in connection with a loan by Moriah to Cottonball, LLC, a Debtor-affilliate that owns several chicken coops.[1] Significantly, Moriah's claim is nearly twice as large as the largest claim listed on the Debtor's list of twenty (20) largest creditors.[2]

2.      Moriah strongly opposes the Motion. The Motion seeks to disenfranchise Moriah from the Chapter 11 process by requiring Moriah (and all other similarly situated New York-based creditors), to travel to Iowa for Chapter 11 proceedings regarding the Debtor -- whose primary sales and financial business contacts, upon information and belief, are located in the New York and East Coast region. As a creditor, Moriah has a strong interest in the success of the Debtor's reorganization.

3.      Moreover, because the Debtor is the largest processor of poultry and meat products for the American kosher consumer, upon information and belief, the largest number of consumers of the Debtor's products are located in the East Coast, centered predominantly in New York and other major Eastern cities. Accordingly, the greater number of creditors and consumers, when considered together, who have a pecuniary interest in the outcome of the Debtor's chapter 11 case are located in New York and the

---

[1]    Upon information and belief, any reorganization of the Debtor will focus initially on chicken processing, as it will likely be easier and less capital intensive to restart the chicken operations than the beef processing. As a lender against the chicken coops, Moriah is therefore a creditor in respect of Debtor's most critical operations.

[2]    The Debtor's largest creditor listed on the Debtor's list of top 20 unsecured creditors holds a claim in the amount of $845,389, approximately half of the amount owed to Moriah. (Moriah was not listed on the 20 largest creditor list).

{00040984.DOC; 4}{-2-

East Coast, not Iowa. For these reasons alone venue should remain in this Court and the Motion should be denied.[3].

## REQUEST FOR WAIVER OF MEMORANDUM OF LAW

4.  Because the legal issues regarding the transfer of venue have been fairly addressed in the Motion and opposition by other parties, Moriah has not filed a memorandum of law, reserves the right to do so and respectfully requests that any requirement to file such a memorandum of law be waived.

## NOTICE

5.  Moriah has provided notice of this Opposition as permitted by this Court's Administrative Order, dated December 26, 2002 (Administrative Order 473) at ¶ 7 to: (a) the United States Trustee for the Southern District of New York; (b) the Debtor's counsel; and (c) those persons who have requested notice pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure for which email addresses are available.

WHEREFORE, Moriah respectfully requests that the Motion be denied.

Dated: New York, New York
November 24, 2008

**COHEN TAUBER SPIEVACK & WAGNER P.C.**
*Attorneys for Moriah Capital, L.P.*

s/Ira R. Abel
Joseph M. Vann (JV-7601)
Ira R. Abel (IA-1869)
420 Lexington Avenue, Suite 2400
New York, New York 10170
(212) 586-5800

---

[3] It should also not go unnoticed that the recently appointed Chapter 11 Trustee is located in New York, Debtor's counsel is located in New York and, upon information and belief, the primary potential funding sources for the Debtor are based in New York and elsewhere on the East Coast. Accordingly, other than a physical plant, the Debtor has a greater nexus to New York than Iowa and certainly its center of business activity is centered more in New York than Iowa.

To:

| | | |
|---|---|---|
| (a) Jacobson Staffing Company, L.C.<br>Attn: Marty R. Howard<br>3811 Dixon Street<br>Des Moines, IA 50313<br>Tel: (515) 265-6171 | (b) International Paper Company<br>Attn: Vic Kawamura<br>1002 15th Street SW, Suite 200<br>Auburn, WA 98001<br>Tel: (253) 288-4620 | (c) Prairie-Agri Enterprises, Inc.<br>Attn: Greg Lage<br>29275 Harding Road<br>Postville, IA 52162<br>Tel: (563) 864-7341 |
| (d) Packaging Film Group, LLC<br>Attn: Tom O'Brien<br>301 Industrial Drive<br>Bellevue, NE 68005<br>Tel: (402) 291-3100 | (e) DuBois Chemicals, Inc.<br>Attn: Mark Bassett<br>3630 East Kempor Road<br>Sharonville, OH 45241 | UNITED STATES TRUSTEE<br>William E. Curtin, Trial Attorney<br>271 Cadman Plaza East<br>Rm. 4529<br>Brooklyn, New York 11201<br>Tel. No. (718) 422-4960 |
| Agriprocessors, Inc.<br>5600 First Avenue<br>Brooklyn, NY 11220<br>Kevin J. Nash<br>Finkel Goldstein Rosenbloom & Nash<br>26 Broadway, Suite 711<br>New York, NY 10004 | Michelle McMahon<br>Bryan Cave LLP<br>1290 Avenue of the Americas<br>New York, NY | Wesley B. Huisinga<br>Shuttleworth & Ingersoll, PC<br>115 3rd St. SE<br>PO Box 2107<br>Cedar Rapids, IA 52406-2107 |
| Douglas L. Furth<br>Vincent E. Pellecchia<br>Goldenbock Eiseman Assor Bell & Peskoe<br>437 Madison Avenue<br>35th Floor<br>New York, NY 10022 | Peretore & Peretore, P.C.<br>110 Park Street<br>Staten Island, NY 10306 | Patrick C. Maxcy<br>Sonnenschein Nath & Rosenthal LLP<br>7800 Sears Tower<br>233 South Wacker Drive<br>Chicago, Illinois 60606 |